1  **WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Eric J. Skinner, | No. 11-CV-710-PHX-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Deutsche Bank National Trust Company; Mortgage Electronic Registration Systems Incorporated (MERS), | |
| Defendants. | |

Pending before the Court is Plaintiff's motion for reconsideration.[1] (Doc. 21). For the reasons stated below, Plaintiff's motion is denied.

Generally, motions to reconsider are appropriate only if the Court "(1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law." *School Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). A motion for reconsideration should not be used to ask a court "to rethink what the court had already thought through, rightly or wrongly." *Above the Belt, Inc. v. Mel Bohannon Roofing,*

---

[1] Plaintiff's motion is entitled "Motion for New Trial." (Doc. 21). The essence of Plaintiff's motion, however, is that the Court erred in granting Defendants' Motion to Dismiss. (*See* Doc. 19). The Court therefore treats Plaintiff's motion as a motion for reconsideration.

1 *Inc.*, 99 F.R.D. 99, 101 (E.D.Va. 1983)). Rather, such arguments should be directed to the court of appeals. Sullivan v. Faras–RLS Group, Ltd., 795 F.Supp. 305, 309 (D. Ariz. 1992). Plaintiff raises no argument in his motion for reconsideration that he did not raise earlier. (*See* Doc. 21). Instead, Plaintiff essentially asks the court to rethink its decision. (*Id.*). Plaintiff's motion for reconsideration is therefore denied.

Plaintiff further asserts that the Court erred by not granting his request for oral argument. (Doc. 21 at 12). The Court did not grant oral argument, however, because the Court determined that oral argument would not aid in its decision. *See Lake at Las Vegas Investors Group v. Pac. Malibu Dev.*, 933 F.2d 724, 729 (9th Cir. 1991).

**IT IS THEREFORE ORDERED** that Plaintiff's motion for reconsideration (Doc. 21) is **denied**. The Clerk of Court is directed to **terminate** this action.

DATED this 12th day of January, 2012.

*A. Murray Snow*
G. Murray Snow
United States District Judge